

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

United States District Court District of Arizona -
Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118