Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00366-CDB |
| Plaintiff, | |
| vs. | Plaintiff's Motion for Leave to File First Amended Complaint |
| First Family Insurance, LLC, *et al.* | |
| Defendants. | |

    Pursuant to Federal Rules of Civil Procedure 15(a)(1)(A) and Local Rules of Civil Procedure 15.1(a) Plaintiff hereby respectfully moves the Court to grant leave for Plaintiff to file his First Amended Complaint, of which a red line version has been filed along with this motion.

    Plaintiff has identified several additional calls which he asserts to be violative and therefor part of this action.

Dated this April 5, 2024.

                                                                                           /s/*Jason Crews*

                                                                                    Jason Crews

1
2  **COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

3
4  **COPIES** of the forgoing served via email this same date, upon:
5  Roy Taub
   roy.taub@gmlaw.com
6

7
8  By: _____/s/*Jason Crews*_____
9       Jason Crews

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28