1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8    Jason Crews,

No. CV 24-0366 PHX CDB

9                              Plaintiff,

10    v.                                                    **ORDER**

11    First Family Insurance,
12    John Cosgriff,

                              Defendants.

13

14          Plaintiff proceeds pro se and has paid the filing fee in this matter. Plaintiff effected

15    service of the Complaint on Defendants on March 19, 2024. Defendants have not yet

16    answered the Complaint or filed a motion pursuant to Rule 12(b) of the Federal Rules of

17    Civil Procedure. Plaintiff now seeks leave to amend the Complaint. Pursuant to the

18    reasoning of Advisory Committee notes to the 2023 amendment of Rule 15(a)(1), as

19    explained in *GG Insurance Services Incorporated v. Johnson*, 2024 WL 579071 (D. Ariz.

20    Feb. 13, 2024), Plaintiff does not need to the Court's permission to amend his Complaint

21    at this time. Accordingly,

22          **IT IS ORDERED that** the motion to amend (ECF No. 14) is **granted**, although

23    arguably moot. Plaintiff shall docket his amended complaint no later than **April 12, 2024**,

24    and serve the amended complaint on all Defendants no later than **April 29, 2024**.

25          Dated this 8th day of April, 2024.

26
27
28

_____
Camille D. Bibles
United States Magistrate Judge