1   SHARON A. URIAS (SBN 016970)
2   **GREENSPOON MARDER LLP**
    8585 E. Hartford Drive, Suite 700
3   Scottsdale, AZ  85255
    Tel.  480.306.5458
4   Fax  480.306.5459
5   Email:  azdocket@gmlaw.com
            sharon.urias@gmlaw.com
6

7   JEFFREY A. BACKMAN (*pro hac vice* application forthcoming)
    ROY TAUB (*pro hac vice* application forthcoming)
8   **GREENSPOON MARDER LLP**
9   200 East Broward Boulevard, Suite 1800
    Ft. Lauderdale, FL 33301
10  Tel.  954.491.1120
    Fax  954.213.0140
11  Email:  jeffrey.backman@gmlaw.com
            roy.taub@gmlaw.com
12          mary.torres@gmlaw.com
13          cheryl.cochran@gmlaw.com
14

15  *Attorneys for Defendants*

16          **IN THE UNITED STATES DISTRICT COURT**

17             **FOR THE DISTRICT OF ARIZONA**

18

19  Jason Crews,                          No. 2:24-cv-00366-CDB

20                          Plaintiff,      **UNOPPOSED MOTION FOR**
                                            **EXTENSION OF TIME TO RESPOND**
21  v.                                      **TO AMENDED COMPLAINT**

22  First Family Insurance, LLC and John
    Cosgriff,                                   **[FIRST REQUEST]**
23

24                          Defendants.

25

26          Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants First Family Insurance, LLC ("First

27  Family") and John Cosgriff respectfully move this Honorable Court for entry of an order

28  extending their time to respond to Plaintiffs' Amended Complaint (the Complaint) by

                                            -1-

fourteen (14) days, to May 9, 2024, and as grounds supporting this Motion state as follows:

1.      Plaintiff filed the initial Complaint in this action on February 22, 2024.  *See* Dkt. No. 1.

2.      Pursuant to waivers of service of summons executed by counsel for Defendants, First Family's deadline to respond to the Complaint was April 24, 2024, and Cosgriff's deadline to respond was April 29, 2024.

3.      On April 5, 2024, Plaintiff filed a Motion for Leave to File First Amended Complaint.  *See* Dkt. No. 14.

4.      After the Court granted the Motion, Plaintiff filed the Amended Complaint on April 10, 2014, and subsequently filed a corrected version on April 11, 2014.  *See* Dkt. Nos. 14-18.

5.      Plaintiff e-mailed a copy of the corrected Amended Complaint to counsel for Defendants on April 11, 2024 at 9:13 p.m. PT.

6.      Pursuant to Fed. R. Civ. P. 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later."  Thus, assuming the e-mail service to counsel for Defendants was valid service, First Family's deadline to respond to the Amended Complaint is April 25, 2024 (fourteen days following April 11, 2024). Cosgriff's deadline to respond remains April 29, 2024.

7.      Defendants and their counsel, however, require additional time to investigate the allegations in the Amended Complaint, which alleges additional telephone calls not previously identified in the initial Complaint, and to prepare a joint response.  Additional time is also required on account of other deadlines and obligations in counsel's other matters. Defendants therefore request an extension of fourteen (14) days, up to and including May 9, 2024, to file a joint response to the Complaint.

8.      Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline.  Defendants respectfully submit that the above-stated reasons constitute good cause

for the requested extension of time of fourteen days to file a response to the Amended Complaint.

9.      Roy Taub, counsel for Defendants (*pro hac vice* application forthcoming), conferred by e-mail with Plaintiff *Pro Se*, regarding the requested extension.  Plaintiff advised that he does not oppose the requested extension.

10.     The requested extension is not sought for dilatory reasons or for any other improper purpose, will not prejudice any party or the Court, and Defendants have not previously sought an extension of this or any other deadline in this case.

WHEREFORE, Defendants First Family Insurance, LLC and John Cosgriff respectfully request that the Court enter an order extending their deadline to file a response to Plaintiff Jason Crews's Amended Complaint by fourteen days, to May 9, 2024, and for any other relief this Court deems just and appropriate.

DATED:  April 24, 2024

**RESPECTFULLY SUBMITTED:**

**GREENSPOON MARDER LLP**

*/s/ Sharon A. Urias*

Sharon A. Urias (SBN 016970)
8585 E. Hartford Drive, Suite 700
Scottsdale, AZ  85255

Jeffrey A. Backman
(*pro hac vice* application forthcoming)
Roy Taub (*pro hac vice* application forthcoming)
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 24, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record, including Plaintiff *Pro Se*.


   */s/ Marlee Grayson*