1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Jason Crews, | No. 2:24-cv-00366-CDB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| First Family Insurance, LLC and John Cosgriff, | |
| Defendants. | |

The Court, having considered Defendants First Family Insurance, LLC and John Cosgriff's Unopposed Motion for Extension of Time to Respond to Amended Complaint, and for good cause shown,

IT IS HEREBY ORDERED that Defendants First Family Insurance, LLC and John Cosgriff shall have until May 9, 2024 in which to file their response to Plaintiff Jason Crews's Amended Complaint.