1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7                   **FOR THE DISTRICT OF ARIZONA**
8    Jason Crews,
9                          Plaintiff,          No. CV 24-0366 PHX CDB
10   v.                                        **ORDER**
11   First Family Insurance,
     John Cosgriff,
12
13                          Defendants.
14
15        **IT IS ORDERED that** Defendants' motion at ECF No. 19 is **granted**, and
16   Defendants shall have until **May 9, 2024**, to answer or otherwise respond to the Amended
17   Complaint.
18        Dated this 25th day of April, 2024.
19
20
21
22
23   _____
24                         Camille D. Bibles
                     United States Magistrate Judge
25
26
27
28