SHARON A. URIAS (SBN 016970)
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Suite 700
Scottsdale, AZ 85255
Tel. 602.726.0711
Fax 480.306.5459
Email: sharon.urias@gmlaw.com
        azdocket@gmlaw.com

JEFFREY A. BACKMAN (admitted *pro hac vice*)
ROY TAUB (admitted *pro hac vice*)
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Tel. 954.491.1120
Fax 954.213.0140
Email: jeffrey.backman@gmlaw.com
        roy.taub@gmlaw.com
        mary.torres@gmlaw.com
        cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                    Plaintiff,<br><br>v.<br><br>First Family Insurance, LLC and John Cosgriff,<br><br>                    Defendants. | No. 2:24-cv-00366-CDB<br><br>**DECLARATION OF JOHN BLANCHARD** |

Pursuant to 28 U.S.C. §1746, I, John Blanchard, declare as follows:

1.     My name is John Blanchard. I am the Vice President of Sales at First Family Insurance, LLC ("First Family"). I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information

contained in this Declaration or obtained the information through a review of the corporate books and records of First Family.

2. First Family was organized under the lates of the State of Florida on September 3, 2020, and since that date has remained a Florida registered limited liability company domiciled in the State of Florida.

3. At all times, First Family's principal place of business has been located in Fort Myers, Florida.

4. At no time has First Family ever been registered in the state of Arizona as a domestic or foreign corporation.

5. First Family has not consented to the jurisdiction of the Arizona state or federal courts, and has not otherwise consented or agreed to be sued in any courts located in the State of Arizona including this Court

6. First Family keeps records of all telephone solicitations that it has placed or initiated. I have reviewed those records, and can confirm that First Family has no record of placing or initiating a telephone call to the Plaintiff, including the telephone number 602-295-1875. If First Family had done so, it would be reflected in the records. Accordingly, First Family never placed or initiated a telephone call to Plaintiff or his telephone number 602-295-1875.

7. First Family has never authorized, directed, controlled, or caused any third party to place or initiate a telephone call to the Plaintiff.

8. Moreover, First Family has never authorized, directed, controlled, or caused any third party to place or initiate a telephone call to the Plaintiff that would violate the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), or the Florida Telephone Solicitation Act, Fla. Stat. § 501.059 ("FTSA"). To the contrary, First Family requires that all such persons who seek to contract with First Family, including independent contractor insurance advisors such as Ryan Lopez, represent and agree that their insurance marketing and advertising activities will be in compliance with all applicable federal and state laws, which includes the TCPA and FTSA.

[signature appears on following page]

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Dated: May 9, 2024

4

*(signature)*
JOHN BLANCHARD