Jason Crews
164 W. Laurel Ct
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>                    Plaintiff,<br><br>vs.<br><br>First Family Insurance, LLC *et al.*<br><br>                    Defendants. | Case No.: CV-24-00366-PHX-GMS<br><br><br>**[Proposed] ORDER** |

The Court has considered Plaintiff's Motion to File Plaintiff's Second Amended compliant.

**IT IS ORDERED** granting the Motion.

Dated this May 21, 2024.

Honorable Grant Murray Snow<br>United States Judge

[PROPOSED] ORDER - 1