Jason Crews
164 W. Laurel Ct
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00366-PHX-GMS |
| Plaintiff, | |
| vs. | **[Proposed] ORDER** |
| First Family Insurance, LLC *et al.* | |
| Defendants. | |

The Court has considered Plaintiff's Motion to File Plaintiff's Second Amended compliant.

**IT IS ORDERED** granting the Motion.

Dated this May 21, 2024.

Honorable Grant Murray Snow
United States Judge

[PROPOSED] ORDER - 1