Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>            Plaintiff,<br>vs.<br>First Family Insurance, Inc, *et al.*<br>            Defendants. | Case No.: CV-24-00366-PHX-GMS<br><br>Plaintiff's Unopposed Motion for Leave to File Rely Brief in Excess Local Rule 7.2(e)(s)<br><br>DEMAND FOR JURY TRIAL |

    Pursuant to Local Rules of Civil Procedure ("LRCiv"), Plaintiff seeks leave of the court to file a response to Defendants First Family Insurance, LLC and John Cosgriff's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint which exceeds LRCiv Rule 7.2(e)(2)'s 10-page limit at 17 pages.

    The need to file a 17-page reply is primarily due to *pro se* Plaintiff's desire to respect Defendant's arguments and address them comprehensively. Plaintiff has endeavored to minimize the length of his reply but could not achieve a reply of less than 17 pages.

RESPECTFULLY SUBMITTED on this June 15, 2024.

                                              */s/Jason Crews*
                                              Jason Crews

REPLY- 1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: _____/s/*Jason Crews*_____
     Jason Crews

REPLY- 2