Jason Crews
164 W. Laurel Ct
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00366-PHX-GMS |
| Plaintiff, | |
| vs. | **[Proposed] ORDER** |
| Firest Family Insurance, Inc, *et al.* | |
| Defendants. | |

The Court has considered Plaintiff's Unopposed Motion for Leave to File Rely Brief in Excess Local Rule 7.2(e)(s).

**IT IS ORDERED** granting the Motion.

Dated this June 15, 2024.

Honorable Susan M. Brnovich
United States Judge

[PROPOSED] ORDER - 1