1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00366-PHX-GMS |
|         Plaintiff, | **ORDER** |
| v. | |
| First Family Insurance LLC, et al., | |
|         Defendants. | |

Before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.  (Doc 21).  Also before the Court is Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint.  (Doc. 31).

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff's Motion for Leave (Doc. 31) is granted.  Plaintiff must file a clean version of his Second Amended Complaint, as filed in the proposed order (Doc. 31-1), within seven days of the date of this Order. Defendants' Motion to Dismiss (Doc. 21) is denied as moot.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint (Doc. 31) is granted.  Plaintiff must file a clean version of Plaintiff's Second Amended Complaint within seven days of the date of this order.

/ / /

/ / /

**IT IS FURTHER ORDERED** Defendants' Motion to Dismiss (Doc. 21) is denied as moot.

Dated this 31st day of January, 2025.

G. Murray Snow
Senior United States District Judge