SHARON A. URIAS (SBN 016970)
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Suite 700
Scottsdale, AZ  85255
Tel.  480.306.5458
Fax  480.306.5459
Email:  azdocket@gmlaw.com
             sharon.urias@gmlaw.com

Jeffrey A. Backman (admitted *pro hac vice*)
Roy Taub (admitted *pro hac vice*)
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Tel.  954.491.1120
Fax  954.213.0140
Email:  jeffrey.backman@gmlaw.com
             roy.taub@gmlaw.com
             mary.torres@gmlaw.com
             cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>                              Plaintiff,<br><br>v.<br><br>First Family Insurance, LLC and John Cosgriff,<br><br>                              Defendants. | No. 2:24-cv-00366-CDB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

   Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants First Family Insurance, LLC ("First Family") and John Cosgriff respectfully move this Honorable Court for entry of an order extending their time to respond to Plaintiff's Second Amended Complaint (SAC) by six days,

-1-

to February 24, 2025, and as grounds supporting this Motion state as follows:

1. On May 27, 2024, Plaintiff filed a Motion for Leave to File Second Amended Complaint. *See* Dkt. No. 31.

2. By Order dated January 31, 2025, the Court granted Plaintiff leave to file the Second Amended Complaint. Plaintiff filed the Second Amended Complaint on February 1, 2025. *See* Dkt. Nos. 40-41.

3. Pursuant to Fed. R. Civ. P. 15(a)(3), "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Thus, in accordance with the rules for computing time under Rule 6(a), Defendants' deadline to respond to the Second Amended Complaint is February 18, 2025.

4. Defendants and their counsel, however, require additional time to prepare and finalize their response to the Second Amended Complaint due to other deadlines and obligations in counsel's other matters, and time needed for client review. Defendants therefore request a brief extension of six days, up to and including February 24, 2024, to file their response to the Second Amended Complaint.

5. Federal Rule of Civil Procedure 6(b) allows this Court discretion to enlarge periods of time for good cause where, as here, the requested extension is made before the deadline. Defendants respectfully submit that the above-stated reasons constitute good cause for the requested extension of time of six days to file a response to the Second Amended Complaint.

6. Roy Taub, counsel for Defendants, conferred by e-mail with Plaintiff *Pro Se* regarding the requested extension. Plaintiff advised that he does not oppose the requested extension.

7. The requested extension is not sought for dilatory reasons or for any other improper purpose, will not prejudice any party or the Court, and Defendants have not previously sought an extension of this deadline.

WHEREFORE, Defendants First Family Insurance, LLC and John Cosgriff

respectfully request that the Court enter an order extending their deadline to file a response to Plaintiff Jason Crews's Second Amended Complaint by six days, to February 24, 2025, and for any other relief this Court deems just and appropriate.

DATED: February 14, 2025

**RESPECTFULLY SUBMITTED,**

**GREENSPOON MARDER LLP**

*/s/ Roy Taub*
Jeffrey A. Backman (admitted *pro hac vice*)
Roy Taub (admitted *pro hac vice*)
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Tel. 954.491.1120
Fax 954.213.0140
jeffrey.backman@gmlaw.com
roy.taub@gmlaw.com
mary.torres@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

Sharon A. Urias (SBN 016970)
8585 E. Hartford Drive, Suite 700
Scottsdale, AZ 85255
Tel. 602.726.0711
Fax 480.306.5459

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record, including Plaintiff *Pro Se*.

*/s/ Roy Taub*

ROY TAUB
