**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jason Crews,<br><br>                Plaintiff,<br><br>v.<br><br>First Family Insurance, LLC; First Family Insurance Agency, Inc.; John Cosgriff; Ryan Anthony Lopez; and Kenneth Grushoff,<br><br>                Defendants. | No. 2:24-cv-00366-CDB<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

      The Court, having considered Defendants First Family Insurance, LLC and John Cosgriff's Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint ("SAC"), and for good cause shown,

      IT IS HEREBY ORDERED that Defendants First Family Insurance, LLC and John Cosgriff shall have until February 24, 2025 in which to file their response to Plaintiff Jason Crews's SAC.

      DATED this ___ day of February, 2025.

                                                                         _____
                                                                         Camille D. Bibles
                                                                         United States District Judge