AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **CV-24-00366-PHX-GMS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ryan Anthony Lopez**
was recieved by me on  **2/14/2025:**

- [X] I personally served the summons on the individual at **7570 NW 79th Ave Apt W3, Tamarac, FL 33321** on **02/15/2025 at 1:09 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   02/15/2025

_____
*Server's signature*

**Cristobal Ortiz**
*Printed name and title*

**6971 sw 5 st**
**Pembroke pines, FL 33023**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Ryan Anthony Lopez with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent.**



Tracking #: **0158756854**

