# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00366-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| First Family Insurance LLC, et al., | |
| Defendants. | |

Before the Court is Defendants First Family Insurance, LLC, and John Cosgriff's Unopposed Motion for Extension of Time to Respond to Second Amended Complaint (Doc. 48).

**IT IS ORDERED** granting Defendants First Family Insurance, LLC, and John Cosgriff's Unopposed Motion for Extension of Time to Respond to Second Amended Complaint (Doc. 48).

**IT IS FURTHER ORDERED** Defendants First Family Insurance, LLC, and John Cosgriff shall have until **February 24, 2025**, in which to file their response to Plaintiff Jason Crews's Second Amended Complaint.

Dated this 18th day of February, 2025.

_____
G. Murray Snow
Senior United States District Judge