SHARON A. URIAS (SBN 016970)
**GREENSPOON MARDER LLP**
8585 E. Hartford Drive, Suite 700
Scottsdale, AZ 85255
Tel. 602.726.0711
Fax 480.306.5459
Email: sharon.urias@gmlaw.com
　　　　azdocket@gmlaw.com

JEFFREY A. BACKMAN (admitted *pro hac vice*)
ROY TAUB (admitted *pro hac vice*)
**GREENSPOON MARDER LLP**
200 East Broward Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Tel. 954.491.1120
Fax 954.213.0140
Email: jeffrey.backman@gmlaw.com
　　　　roy.taub@gmlaw.com
　　　　mary.torres@gmlaw.com
　　　　cheryl.cochran@gmlaw.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>First Family Insurance, LLC and John Cosgriff,<br><br>　　　　　　　　Defendants. | No. 2:24-cv-00366-CDB<br><br>**DECLARATION OF JOHN COSGRIFF** |

　　　　Pursuant to 28 U.S.C. §1746, I, John Cosgriff, declare as follows:

　　　　1.　　My name is John Cosgriff. I am the Chief Executive Officer of First Family Insurance, LLC ("First Family"). I am also the Chief Executive Officer of UnitedHealthOne, which is the individual, family, and distribution line of business within UnitedHealth Group

Incorporated, the ultimate parent company of First Family. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration.

2. I understand that in this lawsuit, Plaintiff alleges that I "personally participated in the complained-of actions by personally directing and authorizing the scripting and selecting of calls to be made, selecting, and orchestrating the calling strategy, including by choosing to use pre-recorded calls."

3. None of that is true. I have not participated in or had any involvement with any aspect of any alleged telephone calls to Plaintiff. Moreover, in my job responsibilities as the Chief Executive Officer of First Family I have nothing to do with directing or authorizing any telephone calls, the scripting or selection of calls to be made, or selecting or "orchestrating" any calling strategy.

[signature appears on following page]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2024

JOHN COSGRIFF