Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00366-PHX-GMS |
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL WITH |
| First Family Insurance, LLC, *et al.* | PREJUDICE FOR DEFENDANTS |
| Defendants. | FIRST FAMILY INSURANCE AGENCY, INC AND KENNETH GRUSHOFF |

With respects to Defendants First Family Insurance Agency, Inc and Kenneth Grushoff, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41, hereby dismisses the action **with prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.

Dated this February 27, 2025.

/s/*Jason Crews*
Jason Crews

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

COPIES of the forgoing were served with permission via email to

Kenneth Grusoff
sgrushoff@gmail.com

and

First Family Insurance Agency, Inc
sgrushoff@gmail.com


By: _____/s/*Jason Crews*_____

    Jason Crews