Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, <br><br> Plaintiff, <br><br> vs. <br><br> First Family Insurance, LLC, *et al.* <br> Defendants. | Case No.: CV-24-00366-PHX-GMS <br><br> Plaintiff's Unopposed Motion for Leave to File Response to Defendants Motion to Dismiss Plaintiffs Second Amended Complaint With One Page In Excess of L.R.Civ 7.2 |

Pursuant to LRCiv 7.2(l), Plaintiff Jason Crews respectfully moves this Court for leave to exceed the eleven-page limit set forth in LRCiv 7.2(e) by one additional page for Plaintiff's Response to Movants First Family Insurance, LLC And John Cosgriff's Motion to Dismiss Plaintiff Jason Crews' Second Amended Complaint or In the Alternative Leave to File An Amended Complaint and/or Conduct Jurisdictional Discovery (total of twelve pages, exclusive of exhibits). In support of this motion, Plaintiff states as follows:

Local Rule 7.2(e) of the Rules of Practice of the U.S. District Court for the District of Arizona limits memoranda in support of a motion to eleven pages, exclusive of attachments and certifications.  Despite diligent efforts to condense the filing, Plaintiff, who is proceeding pro se without formal legal training, has been unable to further reduce the length while adequately addressing the necessary legal and factual issues presented in this case.

Plaintiff has made a good faith effort to comply with the page limitations, but was unsuccessful. The requested one-page extension is minimal and will not unduly burden the Court or opposing counsel. Plaintiff has conferred with opposing counsel who has no objections. This request is made in good faith and not for the purpose of delay.

Dated this February 27, 2025.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

By: /s/*Jason Crews*

Jason Crews