Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: CV-24-00366-PHX-GMS |
| Plaintiff, | |
| vs. | [Proposed] Order |
| First Family Insurance, LLC, *et al.* | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to File Response to Defendants Motion to Dismiss Plaintiffs Second Amended Complaint With One Page In Excess of L.R.Civ 7.2 (Doc. ___). For good cause showing,

**IT IS ORDERED**, Plaintiff is granted leave to file excess pages in Plaintiff's Response to Movants First Family Insurance, LLC And John Cosgriff's Motion to Dismiss Plaintiff Jason Crews' Second Amended Complaint or In the Alternative Leave to File An Amended Complaint and/or Conduct Jurisdictional Discovery.

**IT IS FURTHUR ORDERED**, The Clerk of the Court shall docket Plaintiff's motion lodged with this motion.

1

1 | Dated this _____ day of _____, 2025.

_____
G. Murray Snow
Senior United States District Judge