**2024 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M09000002270

**Entity Name:** USHEALTH ADVISORS, LLC

**FILED**
**Apr 19, 2024**
**Secretary of State**
**7740548733CC**

**Current Principal Place of Business:**

300 BURNETT STREET
SUITE 200
FORT WORTH, TX 76102

# Exhibit 1

**Current Mailing Address:**

300 BURNETT STREET
SUITE 200
FORT WORTH, TX 76102 US

**FEI Number:** 26-3887598

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | JOHN WILLIAM COSGRIFF |
| Address | 300 BURNETT STREET SUITE 200 |
| City-State-Zip: | FORT WORTH TX 76102 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: HEATHER ANASTASIA LANG        ASSISTANT SECRETARY    04/19/2024

Electronic Signature of Signing Authorized Person(s) Detail                Date