# P080000025619

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

524 -



100351495651

SECRETARY OF STATE
TALLAHASSEE FLORIDA

2020 SEP -3 PM 1:04
RECEIVED

Conversion

SEP 09 2020
D CUSHING

# CT CORP
**3458 Lakeshore Drive, Tallahassee, FL 32312**
**850-656-4724**

Date: _9/3/2020_    Eric DW

Acc#I20160000072

| Name: | FIRST FAMILY INSURANCE, INC. |
|---|---|
| Document #: | |
| Order #: | 13199822 - 15 |

| | | | |
|---|---|---|---|
| Certified Copy of Arts & Amend: | ☐ | | |
| Plain Copy: | ☐ | | |
| Certificate of Good Standing: | ☐ | | |
| | ☐ | | |
| Apostille/Notarial Certification: | ☐ | Country of Destination: | |
| | | Number of Certs: | |

| Filing: ✓ | Certified: ✓ |
|---|---|
| | Plain: ☐ |
| | COGS: ☐ |

Availability _____
Document ___
Examiner _____
Updater _____
Verifier _____
W.P. Verifier _____
Ref# _____

Amount: $ 43.75

( Thank you! )



**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

September 4, 2020

CT CORP

**CORRECTED**
Please Allow For
Same File Date

SUBJECT: FIRST FAMILY INSURANCE, INC.
Ref. Number: P08000025619

We have received your document for FIRST FAMILY INSURANCE, INC. and the authorization to debit your account in the amount of $43.75. However, the document has not been filed and is being returned for the following:

Please correct the date of incorporation, our records has the date of March 11, 2008.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6050.

Claretha Golden
Regulatory Specialist II                Letter Number: 620A00017010

www.sunbiz.org

# ARTICLES OF CONVERSION

For

## Florida Profit Corporation

Into

## Non-Florida Business Entity

**THESE ARTICLES OF CONVERSION** are submitted to convert the following Florida Profit Corporation into a business entity formed under the laws of another jurisdiction in accordance with Section 607.11933, *Florida Statutes*.

**FIRST:** The name of the Florida Profit Corporation immediately prior to the filing of these Articles of Conversion is **FIRST FAMILY INSURANCE, INC.** (the "*Converting Entity*"). The Converting Entity is a Florida Profit Corporation first incorporated under the laws of the State of Florida on March 11, 2008.

**SECOND:** The name of the resulting Delaware limited liability company as set forth in the Certificate of Formation is **FIRST FAMILY INSURANCE, LLC** (the "*Converted Entity*").

**THIRD:** The Converted Entity is a limited liability company organized under the laws of Delaware.

**FOURTH:** The above referenced Florida Profit Corporation has converted into another business entity in compliance with Chapter 607, *Florida Statutes*, and the conversion complies with the applicable law governing the Converted Entity.

**FIFTH:** The Plan of Conversion was approved by the converting Florida Profit Corporation in accordance with Chapter 607, *Florida Statutes*.

**SIXTH:** Pursuant to section 607.11933(4)(6), *Florida* Statutes, the conversion becomes effective at the later of: 1. The date and time provided by the organic law of the Converted Entity; or 2. When these articles of conversion take effect.

**SEVENTH:** Converted Entity is an out-of-state entity that is not registered to transact business in Florida; accordingly, the Converted Entity:

    a. Appoints the Florida Secretary of State as its agent for service of process in a proceeding to enforce obligations of the converting Florida Profit Corporation.

      b. Lists the following street and mailing address of an office which the Florida Department of State may use for purposes of § 607.1507, *Florida Statutes*:

7800 University Pointe Drive<br>
Fort Myers, Florida 33907

[signatures on next page]

Signed this *2nd* day of September, 2020.

FIRST FAMILY INSURANCE, INC.

By: _____
Name: Jason A. Marra
Title: President

FIRST FAMILY INSURANCE, LLC.

By: _____
Name: Jason A. Marra
Title: Manager

[Signature Page to FF Articles of Conversion – First Family Insurance, Inc.]