# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-00366-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| First Family Insurance LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Moton for Leave to File Response in Excess of One Page (Doc. 50).

LRCiv 7.2 sets forth that a motion/response, including its supporting memorandum, may not exceed seventeen (17) pages, exclusive of attachments and any required statement of facts.

Plaintiff's proposed, lodged Response (Doc. 51) is 12 pages in length. Plaintiff's response does not exceed the page limitation set forth in LRCiv 7.2.

**IT IS ORDERED** denying as moot Plaintiff's Unopposed Moton for Leave to File Response in Excess of One Page (Doc. 50).

**IT IS FURTHER ORDERED** directing the Clerk of Court to file Plaintiff's proposed, lodged Response (Doc. 51).

Dated this 3rd day of March, 2025.

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge