MOYES SELLERS & HENDRICKS
Cody J. Jess (025066)
Joshua T. Greer (025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
cjess@law-msh.com
jgreer@law-msh.com
*Local Counsel for Defendant Ryan Anthony Lopez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>First Family Insurance, LLC; First Family Insurance Agency, Inc.; John Cosgriff; Ryan Anthony Lopez; and Kenneth Grushoff,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-00366-CDB<br><br>**NOTICE OF APPEARANCE** |

NOTICE is hereby given that Cody J. Jess and Joshua T. Greer of the law firm Moyes Sellers & Hendricks Ltd. hereby enter their appearance in the above-referenced matter as local counsel on behalf of Defendant Ryan Anthony Lopez. Undersigned counsel requests that all future communication be directed to them at:

Cody J. Jess, Esq.
Joshua T. Greer, Esq.
Moyes Sellers & Hendricks Ltd.
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
cjess@law-msh.com
jgreer@law-msh.com

DATED 10th day of March 2025.

        MOYES SELLERS & HENDRICKS LTD

By */s/ Cody J. Jess*
    Cody J. Jess
    Joshua T. Greer
    *Local Counsel for Defendant Ryan Anthony Lopez*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I served the attached document by First Class Mail, postage prepaid, and email on the following, who is not a registered participant of the CM/ECF System:

Jason Crews
1515 N. Gilbert Rd., Ste. 107-204
Gilbert, AZ 85234
jason.crews@gmail.com

    */s/ Cody J. Jess*
    Cody J. Jess