MOYES SELLERS & HENDRICKS
Cody J. Jess (025066)
Joshua T. Greer (025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
cjess@law-msh.com
jgreer@law-msh.com
*Local Counsel for Defendant Ryan Anthony Lopez*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>vs.<br><br>First Family Insurance, LLC; First Family Insurance Agency, Inc.; John Cosgriff; Ryan Anthony Lopez; and Kenneth Grushoff,<br><br>    Defendants. | Case No.: 2:24-cv-00366-CDB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT (First Request)** |

Defendant Ryan Anthony Lopez moves for entry of any order extending the time for him to respond to Plaintiff Jason Crews's Second Amended Complaint [Dkt. No. 41] from March 10, 2025, to March 20, 2025. This is Mr. Lopez's first request for an extension.

Counsel for Mr. Lopez has conferred with Mr. Crews and counsel for all other parties and confirmed that there no objections to the requested extension.

DATED <u>10th</u> day of March 2025.

                                        MOYES SELLERS & HENDRICKS LTD

                                        By */s/ Cody J. Jess*
                                            Cody J. Jess
                                            Joshua T. Greer
                                            *Local Counsel for Defendant Ryan Anthony Lopez*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2025, I served the attached document by First Class Mail, postage prepaid, and email on the following, who is not a registered participant of the CM/ECF System:

Jason Crews
1515 N. Gilbert Rd., Ste. 107-204
Gilbert, AZ 85234
jason.crews@gmail.com

                                     */s/ Cody J. Jess*
                                     Cody J. Jess