# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: 2:24-cv-00366-CDB |
| Plaintiff, | |
| vs. | **ORDER** |
| First Family Insurance, LLC; First Family Insurance Agency, Inc.; John Cosgriff; Ryan Anthony Lopez; and Kenneth Grushoff, | |
| Defendants. | |

The Court having received the Unopposed Motion for Extension of Time to Respond to Second Amended Complaint (First Request) filed by Defendant Ryan Anthony Lopez, recognizing that no party objects to the requested extension, and for good cause appearing,

**IT IS HEREBY ORDERED** that the time for Defendant Ryan Anthony Lopez to respond to Plaintiff Jason Crews's Second Amended Complaint [Dkt. No. 41] is extended to **March 20, 2025**.