1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9 Jason Crews, | No. CV-24-00366-PHX-GMS |
| 10         Plaintiff, | **ORDER** |
| 11 v. | |
| 12 First Family Insurance LLC, et al., | |
| 13         Defendants. | |

14
15

16 Before the Court is Defendant Ryan Anthony Lopez's Unopposed Motion for
17 Extension of Time to Respond to Second Amended Complaint (Doc. 56).

18 **IT IS ORDERED** granting Defendant Ryan Anthony Lopez's Unopposed Motion
19 for Extension of Time to Respond to Second Amended Complaint (Doc. 56).

20 **IT IS FURTHER ORDERED** that the time for Defendant Lopez to respond to
21 Plaintiff's Second Amended Complaint (Doc. 41) is extended to **March 20, 2025**.

22 Dated this 10th day of March, 2025.

23
24 G. Murray Snow
25 Senior United States District Judge
26
27
28