# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>       Plaintiff,<br><br>v.<br><br>First Family Insurance LLC, et al.,<br><br>       Defendants. | NO. CV-24-00366-PHX-GMS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 1, 2025, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

December 1, 2025

                                        s/ E. Aragon
                               By   Deputy Clerk